ALBERT P. TESLUK et al., Appellants, v STEPHEN S. SZYMONIAK, Respondent. [930 NYS2d 520]—

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Sconiers, Green and Martoche, JJ.

In the Matter of SAIFUDDIN ABDUS-SAMAD, Petitioner, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [930 NYS2d 171]—

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Fahey, J.P., Peradotto, Lindley, Sconiers and Green, JJ.